UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD CONROY  			JURY TRIAL DEMANDED

v.					CASE NO.  3:11 cv

A & S COLLECTION ASSOCIATES, INC.
JENNIFER SALDI

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. The corporate Defendant  collects consumer debts through the use of the mails.

6. Defendant Jennifer Saldi is the President of  the corporate defendant and is responsible for supervision and control of collectors and adopting the form letters and tactics of  the corporate defendant.

7. Defendant A & S Collection Associates, Inc. was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating in connection with efforts to collect plaintiff's personal account allegedly owed to Grove Hill Apartments, West Haven CT

8.  In the collection efforts,  the defendants violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against each defendant under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net