## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**RICHARD CONROY,**

             V.             **SUMMONS IN A CIVIL CASE**

**A S COLLECTION ASSOCIATES, INC., ET AL.,**

                           CASE NUMBER: **3:11–CV–00841–JCH**

TO: **A & S Collection Associates, Inc., Jennifer Saldi**
Defendant's Address:

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Joanne S. Faulkner**
**Law Offices of Joanne Faulkner**
**123 Avon St.**
**New Haven, CT 06511–2422**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – J. Heard*

    *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2011–06–27 14:28:12.0**, Clerk
USDC CTD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER 3:11-CV-00841-JCH

RETURN OF SERVICE

| Service of the Summons and Complaint by me | Date July 7, 2011 |
|---|---|
| Name of Server   Nancy F. Marino | Title   Connecticut State Marshal |

Then and by virtue hereof, on the 7th day of July, 2011, **pursuant to provisions of C.G.S. 33-929b** and by the direction of the plaintiff's attorney, I made due and legal service on the within named defendant, **A & S COLLECTION ASSOCIATES, INC.**, by depositing in the Post Office at Hartford, Connecticut, postage paid and certified, return receipt requested, a true and attested verified copy of the within original Federal Summons and Complaint, with my doings thereon endorsed, addressed to the within named defendant, **A&S Collection Associates, Inc.**, c/o The Secretary, 2847 VT. Rt 14, Williamstown, VT 05679

SUPPLEMENTAL RETURN TO FOLLOW

| Travel | $ 5.50 | Services | $ 39.39 | Total | $ 44.89 |
|---|---|---|---|---|---|

Declaration of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on July 7, 2011

*Nancy F. Marino*
28 Grand Street, Hartford, CT 06106

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER 3:11-CV-00841-JCH

## RETURN OF SERVICE

| Service of the Summons and Complaint by me | Date  July 7, 2011 |
|---|---|
| Name of Server  Nancy F. Marino | Title  Connecticut State Marshal |

Then and by virtue hereof, on the 7th day of July, 2011, **pursuant to C.G.S. 52-59b** and by the direction of the plaintiff's attorney, I made due and legal service on the within named defendant, **JENNIFER SALDI**, by leaving a verified true and attested copy of the within original **Federal Summons and Complaint**, with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized agent to accept service for the within named defendant, in the City of Hartford.

Afterwards on the 7th day of July, 2011, **pursuant to C.G.S. 52-59b** and by the direction of the plaintiff's attorney, I deposited in the Post Office in Hartford, postage paid and certified, return receipt requested, a verified true and attested copy of the within original **Federal Summons and Complaint**, with my doings thereon endorsed, addressed to the within named defendant, **Jennifer Saldi**, 2847 VT. Rt 14, Williamstown, VT 05679

### SUPPLEMENTAL RETURN TO FOLLOW

| Travel | $ n/a | Services | $ 94.19 | Total | $ 94.19 |
|---|---|---|---|---|---|

Declaration of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on July 7, 2011

*[signature]* Nancy F. Marino
28 Grand Street, Hartford, CT 06106